# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sai,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No: 14-403 (RDM) |
| | ) |
| **TRANSPORTATION SECURITY ADMINISTRATION,** | ) ) |
| | ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT[1]

In a minute order dated June 10, 2015, the Court directed the parties to file by July 31, 2015, a Joint Status Report setting forth the expected timetable for Defendant, the Transportation Security Administration ("TSA"), to provide additional material in response to the FOIA requests at issue in this litigation and also for the parties to identify the subjects of any anticipated areas of remaining dispute.  On July 30, 2015, Defendant filed a Consent Motion for Extension of Time to File the Joint Status Report (Consent Motion), requesting up to and including September 1, 2015, for the parties to file the Joint Status Report as directed by the Court order, dated June 10, 2015. In a Memorandum Opinion and Order dated August 19, 2015, the Court granted the Consent Motion and directed the parties to file the Joint Status Report on or before September 1, 2015.  On August 31, 2015, Defendant filed a Motion for Extension of Time to file, *inter alia*, the Joint Status Report until September 22, 2015 because the primary attorney assigned to the matter had a serious medical emergency involving one of his family members.  On September 3, 2015, the Court

---

[1] Counsel for Defendant files this report after securing input from Plaintiff and including Plaintiff's language in the report, but Plaintiff's communications were not entirely clear about whether he had completed his review of the report as of the filing of the report.

granted Defendant's motion and directed the parties to file the Joint Status Report, as set forth in the Court's June 10, 2015 Minute Order on or before September 22, 2015.

The parties submit below their separate positions:

### I. Plaintiff's Position

1. Overview

The following is a complete list of the FOIA and/or PA requests currently part of this action:

| Request date | Reference numbers | Primary topic | Status | Exemptions claimed | Last TSA response date |
|---|---|---|---|---|---|
| 2013-01-26 | TSA13-0375<br>2013-TSFO-00485<br>TSA13-0414<br>2013-TSPA-00368<br>2013-TSFO-01088 | BOS events | Final response; disputed. | 114(r)<br>(b)(5)<br>(b)(6)<br>(b)(7)(C)<br>(k)(2) | 2014-10-03 |
| 2013-02-25 | *combined with 2013-01-26* | LGA events | " | | |
| 2013-02-25 | *combined with 2013-01-26* | ORD events | " | | |
| 2013-02-21 | TSA13-0424<br>2013-TSFO-01096 | BOS surveillance | Final response; disputed. | none | 2014-08-08 |
| 2013-03-15 | TSA13-0488<br>2013-TSPA-00339<br>2013-TSFO-01179 | SFO events | Final response; disputed. | (b)(2)<br>(b)(5)<br>(b)(6) | 2014-10-03 |
| 2013-03-16 | TSA13-0494<br>2013-TSFO-00239 | TSA policies & procedures | Interim response; disputed. | 114(r)<br>(b)(5) | 2015-07-30 |
| 2013-11-23 | *no number assigned* | Sai's grievances | No response | | |
| 2014-01-18 | 2014-TSPA-00188 | Documents about Sai | Denied for signature | | |

2014-02-02   2014-TSPA-00189   RIC events   Denied for signature

2. Documents released to date

    a. 2013-01-26 (BOS events) / 2013-02-25 (LGA events) / 2013-02-25 (ORD events)

    Documents & tables: Not provided in native format. Documents partially to completely illegible. Tables not provided in spreadsheet format; data cut off due to printing.

    Video: Not provided in standard / open format. No video of pre-secondary screening or of x-ray. Only one angle of video.

    Redactions & withholdings: All disputed.

    Search: Inadequate. Does not include "complaint file". Does not include email attachments. Does not search all locations where documents would be reasonably expected to be located. No police records. No bag check incident report. No records of complaints against named personnel.

    i. One video of secondary screening (approx. 40 minutes)
    ii. BOS incident narrative, TSOC incident monitor report, TSOC incident/event report (7p), BOS security incident statements (4p), miscellaneous correspondence (15p)
        1. 114(r), (b)(6), (b)(7)(C), (k)(2)
    iii. Table of complaints (192p)
        1. (b)(5), (b)(6), 114(r)
    iv. FOIA contact (13p)
    v. LGA record (2p)
    vi. ORD record (3p)

    b. 2013-02-21 (BOS surveillance contracts)

    Not provided in native format. Documents partially to completely illegible. Tables not provided in spreadsheet format; data cut off due to printing.

    No redactions or withholdings.

    i. TSA/Massport MOA re. CCSS / CCTV (8p)
    ii. Unreadable spreadsheet (2p)

   iii. ASP OTA modification form & appendix A (6p)
   iv. FOIA request certification (1p)
   v. Email re FOIA request (1p)

 c. 2013-03-15 (SFO events)

  Documents & tables: Not provided in native format. Documents partially to completely illegible. Tables not provided in spreadsheet format; data cut off due to printing.

  Redactions & withholdings: All disputed.

  Search: Inadequate. Does not include email attachments. Does not search all locations where documents would be reasonably expected to be located. Emails improperly confined to DMD. Does not include complaint file. No records from FSD Adams. No records of complaints against named personnel.

   i. FOIA records request (4p)
   ii. SFO incident statements (10p)
   iii. FOIA request email, certification, and first response (5p)
   iv. Sai's grievance (22p)
   v. Emails from TSA OCRL/DMD (911p)
     1. (b)(2), (b)(5), (b)(6)
   vi. SFO complaints (49p)
     1. (b)(6)

 d. 2013-03-16 (TSA policies & procedures)

  No ETA for next update.

  Documents & tables: Not provided in native format. Documents partially to completely illegible. Tables not provided in spreadsheet format; data cut off due to printing.

  Redactions & withholdings: All disputed.

  Search: Inadequate. Does not include email attachments. Does not search all locations where documents would be reasonably expected to be located.

  Sai has not yet had enough time to review all records provided.

   i. Part 1-b Bates 63-73 - MD 100.4 2012-01-25 Transportation Security

       ii. Part 1-c Bates 74-75 - 2014-05-15 guidelines on using table of offenses and penalties (2p)
      iii. Part 1-c Bates 76-105 - 2014-05-15 table of offenses and penalties (30p)
      iv. Part 1-c Bates 106-112 - MD 1100.75-3 2014-02-12 Addressing unacceptable performance and conduct (7p)
      v. Part 1-c Bates 113-140 - MD 1100.75-3 2014-02-12 Addressing unacceptable performance and conduct - handbook (28p)
      vi. Part 2 Bates 408 - OD 400-30-7A 2014-10-21 Exercise of FSD discretion (1p)
      vii. Part 3-i Bates 409-931 - Language access binder (523p)
      viii. Part 4-a and 4-b Bates 932-962 - MD 1100.73-5 2013-09-30 Employee responsibilities and code of conduct (6p)
      ix. Part 4-a and 4-b Bates 938-962 - MD 1100.73-5 2013-09-30 Employee responsibilities and code of conduct - handbook (25p)
      x. Part 4-c Bates 963-970 - TSA CRL complaint form (8p)
      xi. Part 5-a Bates 971-1181 - TSA LEO statement of joint objectives, Airport security program and 49 CFR 1542 implementation guidance 2014-09-26 (211p)
      xii. Part 5-b Bates 1182-1187 - Security Capabilities Advanced Surveillance Program 2011-10 v3 - Usage policy guidance (6p)
      xiii. Part 6 Bates 1188-1200 - MD 2810.1 2012-04-23 SSI Program (13p)
      xiv. Part 6 Bates 1201-1205 - SSI Identification Guide 0060 v1.0 2006-09-27 (5p)
      xv. Part 6 Bates 1206-1207 - Posting material on TSA Intranet 2006-09-29 (2p)
      xvi. Part 6 Bates 1208-1212 - SSI Identification Guide 13-004 v1.0 2013-04-16 (6p)
      xvii. Part 6 Bates 1214-1287 - MD 2810.1 2012-04-23 SSI Policies and Procedures Handbook v1 (74p)
      xviii. Part 7 Bates 1288-1292 - FLD 7102 2011-05-24 Special Mission Coverage for OLE-FAMS (5p)
      xix. Part 9 Bates 1325-1789 - SPOT referral report validation study final report 2011-04-05 (465p)

(Note: item i continues from previous page: Searches (11p))

e. 2013-11-23 (Sai's grievances),
f. 2014-01-18 (Documents about Sai), *and*
g. 2014-02-02 (RIC events)

No records provided. No ETA provided.

On 2015-08-22, Sai sent electronic copy of original request, with additional Privacy Act verification and handwritten signature, to TSA FOIA & counsel.

## II.     Defendant's Position

Defendant has produced final determinations in response to the following of Plaintiff's FOIA/Privacy Act requests at issue in this litigation:   1) for all surveillance video, reports, notes, correspondence, communications and other documents related to an incident involving him that occurred at the Logan Airport in Boston on January 21, 2013 (No. 2013-TSFO-00485/ 2013-TSPA-00368); 2) for a copy of any contract/agreement with other agencies regarding surveillance, or maintenance of surveillance footage, at Logan Airport (No. 2013-TSFO-01096); and 3) for all surveillance video, reports, notes, correspondence, communication and other documents related to an incident involving Plaintiff at the San Francisco Airport on March I, 2013 (No. 2013-TSPA-00339).   Defendant does not expect to produce additional material in response to these requests.

With respect to Plaintiff's FOIA request for TSA policies and procedures (No. 2015-TSLI-00004, formerly No. 2013-TSFO-00239), on July 30, 2015, Defendant sent an interim response to, and that reflected the processing of over 1,800 pages of responsive records. On August 20, 2015, Defendant sent a second interim response to Plaintiff's FOIA request that reflected the processing of over 1,350 additional pages of responsive records.   TSA's FOIA Branch continues to process this request and expects to provide a final release determination to Plaintiff on or before October 31, 2015.

With respect to the portion of Plaintiff's email dated November 23, 2013, addressed to the "TSA FOIA Division," in his Complaint, Plaintiff characterizes that portion of the email as a FOIA/Privacy Act request.   Upon receipt of the email, Defendant did not treat that portion of the email as a FOIA/Privacy Act request.   After reconsideration, TSA's FOIA Branch is processing

that portion of the email as a new unperfected FOIA/Privacy Act request. A copy of the letter that TSA's FOIA Branch is sending to Plaintiff regarding this request is attached hereto as Exhibit A. Conditional on Plaintiff's timely response to the letter reasonably describing the records sought, Defendant estimates providing responsive material to Plaintiff on or before November 30, 2015.

                              Respectfully submitted,

|  |  |
|---|---|
| _____<br>Sai<br>4023 Kennett Pike<br>No. 54514<br>Wilmington,, DE 19807<br>(510) 394-4724<br>Email: dccc@s.ai<br>pro se | VINCENT H. COHEN, JR., DC Bar #471489<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, DC Bar #924092<br>Chief, Civil Division<br><br>By:                                    /s/<br>W. MARK NEBEKER, DC Bar #396739<br>Assistant United States Attorney |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this 22nd day of September, 2015.

                                                                                 /s/
                                      W. MARK NEBEKER, DC Bar #396739
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, DC   20530
                                      (202) 252-2536
                                      mark.nebeker@usdoj.gov