# United States District Court for the District of Columbia

Sai

*Plaintiff*

v.

Transportation Security Agency

*Defendant*

Civil Action No.:  1:14-cv-0403-RDM

## Motion for leave to file supplemental pleading[1]

This litigation was begun in March of 2014. Since then, I have filed multiple FOIA/PA requests with TSA and/or DHS (including TSA as a component agency), which TSA has similarly failed or refused to process. Accordingly, I move for leave to file a supplemental pleading under FRCP 15(d), to add the attached FOIA/PA requests to this case. *See* appendix.

Furthermore, two of my requests (2014-01-18 re self, 2014-TSPA-00188 and 2014-02-02 re RIC, 2014-TSPA-00189) were held by this Court in its order [74] of 2015-08-19 to not have met the TSA's unstated policy that Privacy Act identification "signatures" must be handwritten, rather than electronic. On 2015-08-22, I re-submitted those requests with a handwritten signature as suggested by the Court's order, with copy to Defendant's counsel. TSA has not responded, so I have exhausted administrative remedies on those renewed requests as of 2015-09-21.

Filing a *separate* lawsuit against the same parties, with the same law at issue, in the same court, and before the same judge (as it would be a related case), would serve no purpose other than to cause me to expend an additional filing fee and waste the parties' and Court's resources. This multiplication of proceedings would risk me violating 28 U.S.C. § 1927. Even if it *were* filed

---

[1] I have conferred with Defendants, who oppose the motion.

separately, it would properly be joined with this case under FRCP 42.

Supplementing a pleading for new FOIAs with the same parties after the supplemented litigation has started has been explicitly and repeatedly affirmed by both this Court and others. *See Aftergood v. CIA*, 225 F. Supp. 2d 27, 30-31 (D.D.C. 2002). *See also Judicial Watch, Inc. v. US Dept. of Energy*, 191 F. Supp. 2d 138, 139 (D.D.C. 2002); *Accuracy in Media v DoD*, 1:14-cv-01589-EGS (D.D.C) motion to supplement (ECF No. 11, Jan. 7, 2015), granted by minute order (Jan. 12, 2015); *Katzman v. Sessions*, No. 1:92-cv-06055-NG-ASC (E.D.N.Y., June 23, 1994); *Nuclear Watch v. DOE, et al.*, No. 6:06-cv-00221-BB-WPL (D. N.M. Sept. 14, 2006), motion to amend/supplement, July 30, 2006 (ECF No. 14).

The burden is on the defendants (*see* above cases) to demonstrate that supplement should not be granted because it would unduly prejudice them, or because I have some improper purpose; supplement should otherwise be "freely granted". Defendants cannot meet this burden.

I have repeatedly stated my intention to prosecute these further FOIAs. Indeed, I raised the issue with this Court during the last conference. TSA has been on notice that these would be subject to litigation if not properly responded to, but has repeatedly failed to do so. TSA does not expect to complete responses even to currently litigated requests for another two months. *See* joint status report [82], p. 7. The added requests are ripe for joining, and their responses unlawfully delayed. Accordingly, this Court should permit me to file a supplemental pleading to join them.

Respectfully submitted,
Sai, *plaintiff pro se*
dccc@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
4023 Kennett Pike #54514, Wilmington, DE 19807

# Appendix: FOIA/PA requests to be added

| Date | Topic | ID # |
|---|---|---|
| 2014-01-18<br>resubmitted 2015-08-22 | self | 2014-TSPA-00188 |
| 2014-02-02<br>resubmitted 2015-08-22 | RIC events | 2014-TSPA-00189 |
| 2014-07-17 | training materials etc. | 2014-TSFO-00464 |
| 2014-07-24 | TSA complaints | 2014-TSFO-00488 |
| 2014-07-25 | TSA FOIA and Privacy Act requests and responses | *no number assigned* |
| 2014-07-30 | my travel records | 2014-TSPA-00485<br>2014-HQFO-00679 (DHS)<br>2014-HQAP-0082 (DHS) |
| 2014-08-20 | CAS contracts | 2014-TSFO-00533 |
| 2014-08-25 | SFO surveillance contracts | 2014-TSFO-00534 |
| 2015-05-30 | Consolidated User Guide | *no number assigned* |
| 2015-05-30 | self | 2015-TSFO-00336 |
| 2015-06-03 | 49 USC 46110 orders | 2015-TSFO-00251<br>2014-HQAP-00082 (DHS)<br>2014-HQFO-00082 (DHS) |
| 2015-06-06 | military deployment at mass transit locations | *no number assigned* |
| 2015-06-16 | CHIP, RIOT, CCSS, & CCTV | 2015-HQFO-00523 (DHS)<br>*no TSA number assigned*<br>*TSA denied for scope, refused to issue determination or process appeal* |
| 2015-08-25 | TSA documents | "unperfected" req. 2015-0252<br>*TSA denied for scope, refused to issue determination or process appeal* |

## Certificate of service

I hereby certify that today, October 8, 2015, I filed this paper on Defendants by CM/ECF.