## United States District Court for the District of Columbia

Sai

*Plaintiff*

v.

Transportation Security Agency

*Defendant*

Civil Action No.:  1:14-cv-0403-RDM

## Notice of change of address

As I have mentioned before, my mailing address is a mail forwarding agent that allows me to access mail remotely (including certified mail). This helps accommodate my disabilities and is a pragmatic need given my frequent change of residential address due both to travel and personal reasons.

I recently learned that the Wilmington address forwards to their central processing facility, which imposes some delays on timely receipt of incoming mail. Also, only the central facility can accept packages. Accordingly, I am updating my address to go directly to the central facility:

>Sai
>500 Westover Dr #4514
>Sanford, NC 27330-8941

The Wilmington address will still work; it just takes longer to get processed and available to me.

>Respectfully submitted,
>Sai, *plaintiff pro se*
>dccc@s.ai
>+1 510 394 4724 phone / +1 206 203 2827 fax
>500 Westover Dr. #4514, Sanford, NC 27330-8941

**Certificate of service**

I hereby certify that today, October 10, 2015, I filed this paper on Defendants by CM/ECF.