# United States District Court for the District of Columbia

Sai

*Plaintiff*

v.

Transportation Security Agency

*Defendant*

Civil Action No.: 1:14-cv-0403-RDM

## Notice of appeal

Notice is hereby given that Plaintiff Sai appeals to the United States Court of Appeals for the District of Columbia Circuit from the orders entered by the District Court on March 13, 2014 and January 7, 2016.

Plaintiff will be represented on appeal *pro bono* by Tillman Breckenridge and the William & Mary Law School Appellate and Supreme Court Litigation Clinic. *Pro bono* counsel will directly pay all appeal-related fees and costs, and is the point of contact for appeal related matters, including payment.

> Respectfully submitted,
> Sai, *plaintiff pro se*
> dccc@s.ai
> +1 510 394 4724
> 500 Westover Dr. # 4514, Sanford, NC 27330

## Certificate of service

I hereby certify that today, January 8, 2015, I filed this paper on Defendants by CM/ECF.