**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAI,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Civil Action No.  14-403 (RDM) |

## CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Sai hereby moves for partial summary judgment as to the issues identified by this court under 5 U.S.C. § 522(a)(3)(B), relating to whether the records Plaintiff requested are "readily reproducible" in in the formats they have indicated. The accompanying memorandum of points and authorities and summary of undisputed material facts provides the details needed to demonstrate that such relief is warranted.

 Date: September 5, 2019

By: _____
    /s/ Jeffrey T. Green
    Jeffrey T. Green, D.C. Bar No. 426747
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

    *Counsel for Plaintiff*