# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>　　　　　　　　Defendant. | Civil Action No.  14-403 (RDM) |

## **PROPOSED ORDER FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Plaintiff's motion for partial summary judgment and the briefs in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that JUDGMENT shall be entered in favor of Plaintiff.

**SO ORDERED**.


Date: _____

By: _____
　　　The Honorable Randolph D. Moss
　　　United States District Judge