**CERTIFICATE OF SERVICE**

I certify that, on September 5, 2019, I caused the foregoing Motion for Partial Summary Judgment to be filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

/s/ Jeffrey T. Green
Jeffrey T. Green
Sidley Austin LLP
