AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Sai </br> *Plaintiff* </br> v. </br> Transportation Security Administration </br> *Defendant* | ) </br> ) </br> )   Case No.   1:14-cv-14-0403 </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sai, Plaintiff

Date:   01/15/2020

*Attorney's signature*

Chike B. Croslin (D00514)
*Printed name and bar number*

Sidley Austin LLP
1501 K St NW
Washington, DC 20005

*Address*

ccroslin@sidley.com
*E-mail address*

(202) 736-8000
*Telephone number*

(202) 736-8711
*FAX number*