UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>        *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Counsel for Defendant proposed the terms of a supplemental search to counsel for Plaintiff on September 30, 2020, and Plaintiff's counsel expect to respond to the proposal in the next week.

The parties propose to file another joint status report on or before October 30, 2020.

Respectfully submitted,

By: /s/ Jeffrey T. Green
    Jeffrey T. Green, D.C. Bar No. 426747
    Chike Croslin, USDC D.C. Bar No. D00514
    Amanda M. Blau*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

*Counsel for Plaintiff*

*\*Admitted to practice in New York; appearing pro bono pursuant to D.C. District Court Rule 83.2(g)*

Dated: September 30, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>           *Plaintiff*,<br><br>   v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>           *Defendant*. | Civil Action No. 14-0403 (RDM) |

## **PROPOSED ORDER**

Upon consideration of the Defendant's unopposed motion for an extension of time, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Defendant's reply in support of his motion for summary judgment and opposition to Plaintiff's motion for summary judgment shall be filed on or before _____, and Plaintiff's reply in support of their motion for summary judgment shall be filed on or before _____.

It is so **ORDERED**.

Dated: _____

                                                                                   The Honorable Randolph D. Moss
                                                                                    United States District Judge