UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>   *Plaintiff*,<br><br> v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>   *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Counsel for Defendant sent renewed proposed terms of a supplemental search to counsel for Plaintiff on October 19, 2020, and Plaintiff's counsel is in the process of developing further substantive input regarding search parameters.

The parties propose to file another joint status report on or before December 2, 2020.

2

Respectfully submitted,

By: /s/ Jeffrey T. Green
  Jeffrey T. Green, D.C. Bar No. 426747
  Chike Croslin, USDC D.C. Bar No. D00514
  Amanda M. Blau*
  SIDLEY AUSTIN LLP
  1501 K Street, N.W.
  Washington, D.C. 20005
  jgreen@sidley.com
  Telephone: (202) 736-8000
  Facsimile: (202) 736-8711

*Counsel for Plaintiff*

*Admitted to practice in New York; appearing pro bono pursuant to D.C. District Court Rule 83.2(g)*

Dated: October 30, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2