UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

      *Plaintiff*,

      v.

TRANSPORTATION SECURITY
ADMINISTRATION,

      *Defendant*.

Civil Action No. 14-0403 (RDM)

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Counsel for Plaintiff, Defendant, and the TSA held a telephone conference on January 8, 2021 to work through remaining concerns regarding search parameters. Dialogue is ongoing, and has thus far proven constructive.

The parties propose to file another joint status report on or before February 8, 2021.

Respectfully submitted,

By: /s/ Jeffrey T. Green

Jeffrey T. Green, D.C. Bar No. 426747
Chike Croslin, USDC D.C. Bar No.
D00514
Amanda M. Blau*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
jgreen@sidley.com
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Counsel for Plaintiff*

*\*Admitted to practice in New York; appearing pro bono pursuant to D.C. District Court Rule 83.2(g)*

Dated: January 8, 2021

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

*Plaintiff*,

v.

Civil Action No. 14-0403 (RDM)

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant*.

## **PROPOSED ORDER**

Upon consideration of the Defendant's unopposed motion for an extension of time, it is

hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Defendant's reply in support of his motion for summary

judgment and opposition to Plaintiff's motion for summary judgment shall be filed on or before

_____, and Plaintiff's reply in support of their motion for summary judgment shall be filed

on or before _____.

It is so **ORDERED**.

Dated: _____

_____
The Honorable Randolph D. Moss
United States District Judge