UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

*Plaintiff,*

v.

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant.*

Civil Action No. 14-0403 (RDM)

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Since the last status report dated March 8, 2021, counsel for Plaintiff provided a partial search proposal to Defendant on March 26, 2021, and Defendant responded on April 8, 2021.

The parties propose to file another joint status report on or before June 10, 2021.

Respectfully submitted,

By: /s/ Jeffrey T. Green

Jeffrey T. Green, D.C. Bar No. 426747
Chike Croslin, USDC D.C. Bar No.
D00514
Amanda M. Blau*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
jgreen@sidley.com
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Counsel for Plaintiff*

*Admitted to practice in New York; appearing
pro bono pursuant to D.C. District Court
Rule 83.2(g)*

Dated: April 8, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*

2