UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>   *Plaintiff*,<br><br> v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>   *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Negotiations have progressed through multiple rounds since February 2021, and the process continues to prove constructive.

The parties propose to file another joint status report on or before August 19, 2021.

Respectfully submitted,

By: /s/ Jeffrey T. Green
    Jeffrey T. Green, D.C. Bar No. 426747
    Chike Croslin, USDC D.C. Bar No. D00514
    Amanda M. Blau*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

*Counsel for Plaintiff*

*Admitted to practice in New York; appearing pro bono pursuant to D.C. District Court Rule 83.2(g)*

Dated: July 15, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Johnny H. Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*