UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI, *Plaintiff*, v. TRANSPORTATION SECURITY ADMINISTRATION, *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Negotiations have progressed through multiple rounds since February 2021, and the parties continue to make progress. Most recently, Plaintiff's counsel responded to Defendant's proposed search methodology on March 17, 2022, and Defendant provided responses on June 2, 2022, which Plaintiff's counsel is reviewing.

In order to allow the parties time to attempt to reach an agreement regarding certain aspects of these supplemental searches, the parties propose to file another joint status report on or before September 15, 2022.

Respectfully submitted,

| | |
|---|---|
| By: /s/ _____<br>Jeffrey T. Green, D.C. Bar No. 426747<br>Chike Croslin, USDC D.C. Bar No. D00514<br>Amanda M. Blau*<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>jgreen@sidley.com<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>*Counsel for Plaintiff*<br><br>*Admitted to practice in New York; appearing pro bono pursuant to D.C. District Court Rule 83.2(g)*<br><br>Dated: June 15, 2022 | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ ___Sian Jones_____<br>SIAN JONES, D.C. Bar No. 1024062<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202-252-2578<br>Email: sian.jones@usdoj.gov<br><br>*Counsel for Defendant* |