UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

*Plaintiff,*

v.

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant.*

Civil Action No. 14-0403 (RDM)

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Negotiations have progressed through multiple rounds since February 2021, and the parties continue to make progress. Most recently, Plaintiff's counsel responded to Defendant's proposed search methodology on March 17, 2022, and Defendant provided responses on June 2, 2022, which Plaintiff's counsel continues to review internally.

In order to allow the parties time to attempt to reach an agreement regarding certain aspects of these supplemental searches, the parties propose to file another joint status report on or before November 15, 2022.

Respectfully submitted,

By:/s/ *Jeffrey T. Green*
    Jeffrey T. Green, D.C. Bar No. 426747
    Chike Croslin, USDC D.C. Bar No.
    D00514
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

   *Counsel for Plaintiff*


Dated: September 14, 2022

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2544
Email: anna.walker@usdoj.gov

*Counsel for Defendant*