UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI, <br><br> *Plaintiff*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, <br><br> *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant intends to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant has engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of these supplemental searches. Negotiations have progressed through multiple rounds since February 2021, and the parties continue to make progress. Most recently, Plaintiff's counsel responded to Defendant's latest search proposal (June 2022) with a counterproposal (January 2023). Defendant has reviewed the counterproposal and responded with a counterproposal of its own (March 2023) that would allow the parties to conclude negotiations on the scope of a supplemental search, enabling Defendant to begin the supplemental search while preserving Plaintiff's right to object to two discrete issues depending on the outcome of the supplemental search.

In order to allow the parties time to conclude negotiations regarding the supplemental search, the parties propose to file another joint status report on or before May 12, 2023.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Jeffrey T. Green*<br>Jeffrey T. Green, D.C. Bar No. 426747<br>Chike Croslin, USDC D.C. Bar No. D00514<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>jgreen@sidley.com<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Anna D. Walker*<br>Anna D. Walker<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202-252-2544<br>Email: anna.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated: March 17, 2023