UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI, <br> *Plaintiff*, <br> v. <br> TRANSPORTATION SECURITY ADMINISTRATION, <br> *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant represented to Plaintiff's counsel that it intended to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of the supplemental search. After multiple rounds of negotiations since February 2021, the parties have reached an agreement on the scope of the supplemental search as of May 2023. Per the terms of the agreement, Defendant has commenced the supplemental search while preserving Plaintiff's right to object to two discrete issues depending on the outcome of the supplemental search.

In order to allow Defendant to conduct the supplemental search in accordance with the parties' agreement and be able to provide a meaningful update on the status of that search, the parties propose to file another joint status report on or before July 14, 2023.

Respectfully submitted,

<table>
<tr><td>

By: */s/ Jeffrey T. Green*
    Jeffrey T. Green, D.C. Bar No. 426747
    Chike Croslin, USDC D.C. Bar No. D00514
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

*Counsel for Plaintiff*

</td><td>

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Anna D. Walker*
Anna D. Walker
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2544
Email: anna.walker@usdoj.gov

*Counsel for Defendant*

</td></tr>
</table>

Dated: May 12, 2023