UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

*Plaintiff*,

v.

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant*.

Civil Action No. 14-0403 (RDM)

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant represented to Plaintiff's counsel that it intended to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of the supplemental search. After multiple rounds of negotiations since February 2021, the parties have reached an agreement on the scope of the supplemental search as of May 2023. Per the terms of the agreement, Defendant has commenced the supplemental search and the initial electronic collection effort has been completed, the results of which totaled approximately 475MB of information. In addition, the parties have agreed that Defendant would reprocess a sample of documents previously produced in response to Plaintiff's Policies request under its new processing software, SecureRelease, to determine whether the records produced via this new

software satisfies Plaintiff's formatting requests for records responsive to Plaintiff's Policies Request.

In order to allow Defendant time to complete its supplemental search and process responsive records gathered therefrom, the parties propose to file another joint status report on or before October 12, 2023.

Respectfully submitted,

By:/s/ Jeffrey T. Green
    Jeffrey T. Green, D.C. Bar No. 426747
    Chike Croslin, USDC D.C. Bar No.
    D00514
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    jgreen@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Anna D. Walker*
Anna D. Walker
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2544
Email: anna.walker@usdoj.gov

*Counsel for Defendant*

Dated: July 14, 2023