UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>    *Plaintiff*,<br><br> v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION,<br><br>    *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant represented to Plaintiff's counsel that it intended to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of the supplemental search. After multiple rounds of negotiations since February 2021, the parties reached an agreement in May 2023 on the scope of the supplemental search. As reported in the parties' last joint status report, Defendant conducted the supplemental search per the terms of the parties' May 2023 agreement, which resulted in approximately 475MB of information. Since the parties' last status report TSA has begun uploading the results of the supplemental search to its processing software, Secure Release and determined that the results comprise roughly 900 emails. TSA will begin reviewing these emails at a rate of approximately

500 pages per month. TSA will complete processing its initial 500 pages for review by March 1, 2024 and make rolling releases of all responsive non-exempt information thereafter.

Separately, as previously reported, the parties have agreed that Defendant would reprocess a sample of documents previously produced in response to Plaintiff's Policies Request under its new processing software, SecureRelease, to determine whether the records produced via this new software satisfy Plaintiff's formatting requests for records responsive to Plaintiff's Policies Request. That sample was produced, and Plaintiff continues to review the sample with counsel to determine whether re-processing all records produced in response to Plaintiff's Policies Request via SecureRelease would satisfy Plaintiff's formatting requests included in that same request.

To allow time for Defendant to process responsive records gathered from its supplemental search and begin productions thereafter, and for Plaintiff to complete assessment of the sample of re-released documents produced in response to Plaintiff's Policies Requests, the parties propose to file another joint status report on or before March 12, 2024.

Respectfully submitted,

By: */s/ Chike Croslin*
Chike Croslin, USDC D.C. Bar No. D00514
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
ccroslin@sidley.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Anna D. Walker*
Anna D. Walker
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2544
Email: anna.walker@usdoj.gov

*Counsel for Defendant*

Dated: January 10, 2024