UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

    *Plaintiff*,

v.

TRANSPORTATION SECURITY ADMINISTRATION,

    *Defendant*.

Civil Action No. 14-0403 (RDM)

## JOINT STATUS REPORT

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant represented to Plaintiff's counsel that it intended to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of the supplemental search. After multiple rounds of negotiations since February 2021, the parties reached an agreement in May 2023 on the scope of the supplemental search. As previously reported, Defendant conducted the supplemental search per the terms of the parties' May 2023 agreement, which resulted in approximately 475MB of information. TSA has uploaded the results of the supplemental search to its processing software, Secure Release, and determined that the results comprise roughly 900 emails. TSA is now reviewing these emails at a rate of approximately 500 pages per month. TSA has completed processing its first three interim releases, which were submitted to Plaintiff and Plaintiff's counsel on March 12, April 3, and May 8, 2024,

respectively. To date, TSA has processed 1,629 pages and approximately 3,500 pages remain to be processed.

Separately, as previously reported, the parties agreed that Defendant would reprocess a sample of documents previously produced in response to Plaintiff's Policies Request under its new processing software, SecureRelease, to determine whether the records produced via this new software satisfy Plaintiff's formatting requests for records responsive to Plaintiff's Policies Request. That sample was produced, and Plaintiff has determined that the sample does not satisfy Plaintiff's formatting requests included in that same request. The parties will attempt to confer further to determine whether this issue can be resolved outside of litigation.

To allow time for Defendant to finish processing all responsive records gathered from its supplemental search and produce any responsive non-exempt information that is reasonably segregable therefrom, and to allow the parties time to confer further on any other issues in this case, the parties propose to file another joint status report on or before July 10, 2024.

Date: May 10, 2024

By:*/s/ Chike Croslin*
   Chike Croslin, USDC D.C. Bar No. D00514
   SIDLEY AUSTIN LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   Telephone: (202) 736-8000
   Facsimile: (202) 736-8711
   ccroslin@sidley.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Anna D. Walker*_____
Anna D. Walker
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2544
Email: anna.walker@usdoj.gov

*Counsel for the United States of America*