AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Sai ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-403 |
| Transportation Security Administration ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sai.

Date: 09/16/2024

/s/ Adam Kleven
*Attorney's signature*

Adam Kleven (No. 1671563)
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Address*

akleven@sidley.com
*E-mail address*

(202) 736-8261
*Telephone number*

(202) 736-8711
*FAX number*