UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>        *Defendant*. | Civil Action No. 14-0403 (RDM) |

## MOTION TO WITHDRAW

Plaintiff Sai requests an order withdrawing the appearance of Chike B. Croslin as counsel because he is departing from the law firm Sidley Austin LLP. Sai will continue to be represented by Sidley Austin LLP attorney Adam Kleven.

Respectfully submitted,

By: /s/ Chike Croslin
    Chike Croslin, D.C. Bar No. D00514
    Sidley Austin LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    ccroslin@sidley.com
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

*Counsel for Plaintiff*

Dated: September 16, 2024

**CERTIFICATE OF SERVICE**

I certify that, on September 16, 2024, I caused the foregoing Motion to withdraw to be filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system.

*/s/ Chike Croslin*
Chike Croslin
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
ccroslin@sidley.com
Telephone: (202) 736-8000