UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>        *Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>        *Defendant*. | Civil Action No. 14-0403 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's September 11, 2024 Minute Order, the parties hereby submit this joint status report.

On May 29, 2020, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. Among other things, the Court denied Defendant's motion insofar as it failed to justify Defendant not searching certain offices for records responsive to Plaintiff's request for records under the Freedom of Information Act.

In light of the Court's opinion, Defendant represented to Plaintiff's counsel that it intended to undertake a supplemental search. In an effort to narrow any disputes that must be presented to the Court, Defendant engaged Plaintiff's counsel in an attempt to reach an agreement regarding certain aspects of the supplemental search. After multiple rounds of negotiations, the parties reached an agreement in May 2023 on the scope of the supplemental search and Defendant conducted the supplemental search per the terms of that agreement. As the parties previously reported, TSA has completed processing six interim releases, which were submitted to Plaintiff and Plaintiff's counsel on March 12, April 3, May 8, May 31, July 15, and August 16, 2024, respectively. To date, TSA has processed 3,234 pages and approximately 55 pages remain to be

processed. TSA notes that earlier representations estimated the total number of remaining pages to be higher. TSA states that this discrepancy is due to the fact that the initial estimate was calculated in good faith, prior to processing, based on the number and type of record files gathered in response to the supplemental search and due to the fact that many of the records contained pages that, during processing, were determined to be either duplicate or non-responsive.

Separately, as previously reported, the parties agreed that Defendant would reprocess a sample of documents previously produced in response to Plaintiff's Policies Request under its new processing software, SecureRelease, to determine whether the records produced via this new software satisfy Plaintiff's formatting requests for records responsive to Plaintiff's Policies Request. That sample was produced, and Plaintiff determined that the sample does not satisfy Plaintiff's formatting request included in that same request. Discussions regarding Plaintiff's formatting request remain ongoing.

*   *   *

To allow time for Defendant to finish processing all responsive records gathered from its supplemental search and produce any responsive non-exempt information that is reasonably segregable therefrom, and to allow the parties time to confer further on any other issues in this case, the parties propose to file another joint status report on or before January 23, 2025.

| | |
|---|---|
| Date: November 19, 2024 | Respectfully submitted, |
| By: /s/ *Adam Kleven*<br>Adam Kleven, D.C. Bar No. 1671563<br>SIDLEY AUSTIN LLP<br>1501 K St., N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8261<br>Fax: (202) 736-8711<br>akleven@sidley.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Anna D. Walker*<br>Anna D. Walker<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202-252-2544<br>Email: anna.walker@usdoj.gov<br><br>*Counsel for the United States of America* |