AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Sai | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-cv-403 |
| Transportation Security Administration | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sai                                                                                                                          .

Date:     01/06/2025

/s/ Anna Boardman
*Attorney's signature*

Anna Boardman (No. 90015086)
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Address*

aboardman@sidley.com
*E-mail address*

(202) 736-8166
*Telephone number*

(202) 736-8711
*FAX number*