AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Sai | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-cv-403 |
| Transportation Security Administration | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sai.                                                                                                                                                .

Date:        07/13/2026

/s/ Avery Gerdes
*Attorney's signature*

Avery Gerdes (No. 90019264)
*Printed name and bar number*

Sidley Austin LLP
1501 K St. NW
Washington, DC 20005
*Address*

agerdes@sidley.com
*E-mail address*

(202) 736-8234
*Telephone number*

(202) 736-8711
*FAX number*