UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>       Plaintiff,<br><br>   v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION,<br><br>       Defendant. | Civil Action No. 14-0403 (RDM) |

## CONSENT MOTION FOR EXTENSION OF TIME AND TO MODIFY BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Department of Justice (the "Department"), by and through undersigned counsel, respectfully moves for a 30-day extension to file its Motion for Summary Judgment that is due to be filed on July 31, 2026, as well as a corresponding adjustment of the remaining deadlines in the briefing schedule. The undersigned sought Plaintiff's position on this motion and Plaintiff agrees to the requested relief. There is good cause for the relief requested in this motion.

As grounds for the requested extension, Defendant states as follows:

1. On May 29, 2020, the Court issued a memorandum opinion granting in part and denying in part Defendant's renewed motion for summary judgment and denying Plaintiff's motion for summary judgment. *See* ECF No. 196. Defendant respectfully refers the Court to that opinion, as well as its prior memorandum opinion at ECF No. 172, for a summary of the wide-ranging procedural and legal history of this case.

2.   One discrete issue remains pending before this Court: the formatting of the records produced by Defendant in response to Plaintiff's requests for certain policy records. *See* Joint Status Report, ECF No. 253.

3.   The Court adopted the Parties' proposed briefing schedule in their joint status report filed on May 21, 2026, which ordered Defendant to file its opening Motion for Summary Judgment on or by July 31, 2026. *See* ECF No. 253.

4.   A series of intervening events have occurred since the parties agreed upon that schedule outlined in their joint status report. The undersigned counsel for the Defendant experienced an unexpected medical emergency at the end of June, which necessitated her taking off a period of time for recovery through the first part of July. As a result, the undersigned sought extensions in multiple cases, creating a backlog of deadlines in the period following counsel's return to full-time work.  Accordingly, the undersigned requires additional time to confer with the agency and prepare a renewed motion for summary judgment.

5.   Thus, for good cause, Defendant requests to extend the current briefing deadlines set by the Court as follows:  Defendant shall file its summary judgment motion on or before August 31, 2026; Plaintiff shall file Plaintiff's cross-motion for summary judgment and response on or before October 5, 2026; Defendant shall file its response/reply on or before October 26, 2026; and Plaintiff shall file Plaintiff's reply on or before November 16, 2026.

6.   Plaintiff will not be prejudiced by this extension request, as the proceedings have been pending before this Court for over twelve years and Plaintiff has consented to the requested relief.

7.   A proposed order is attached.

Dated: July 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*By:/s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

        Plaintiff,

    v.

TRANSPORTATION SECURITY
ADMINISTRATION,

        Defendant.

Civil Action No. 14-0403 (RDM)

## [PROPOSED] ORDER

Upon consideration of Defendant's consent motion to extend and modify the briefing schedule, the entire record in this case, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the existing summary judgment briefing schedule is modified as follows: Defendant shall file its summary judgment motion on or before August 31, 2026; Plaintiff shall file Plaintiff's cross-motion for summary judgment and response on or before October 5, 2026; Defendant shall file its response/reply on or before October 26, 2026; Plaintiff shall file Plaintiff's reply on or before November 16, 2026.

SO ORDERED:

_____
Date

_____
Randolph D. Moss
UNITED STATES DISTRICT JUDGE