**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAI,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 14-0403 (RDM) |

**NOTICE OF WITHDRAWAL**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Sian Jones on behalf of Defendant in the above-captioned case.

Respectfully submitted,

*/s/ Sian Jones*

SIAN JONES, DC Bar # 1024062
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2578
Sian.Jones@usdoj.gov