UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 14-0403 (RDM) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Federal Rules of Civil Procedure 56(b) and Local Civil Rule 7(h), Defendant Transportation Security Administration ("TSA"), by and through undersigned counsel, respectfully submits this statement of material facts to which there is no genuine issue.

1. Plaintiff Sai submitted a FOIA request dated March 15, 2013, broadly seeking all TSA policies and procedures not already posted in the TSA's electronic reading room, assigned 2015-TSLI-00004 ("Policies Request"). *See* ECF No. 99-3 at 25–28.

2. The only remaining outstanding issue in this case is whether the TSA must format records produced in response to Plaintiff's Policies Request as fully digital text PDFs rather than scans or rasterizations. *See* Joint Status Report, ECF No. 253 (May 21, 2026); *see also Sai v. Transp. Sec. Admin.*, 466 F.Supp. 3d 35, 49 (D.D.C. 2020) ("*Sai II*").

3. The TSA has already produced all records responsive to Sai's Policies Request. *Sai v. Tansp. Sec. Admin*, 315 F.Supp. 3d 218, 236 (2018) ("*Sai I*").

4. TSA's current FOIA processing system, SecureRelease, does not have the capability to process and produce records as fully digital text PDFs; as such, TSA does not have the technical feasibility to readily reproduce the records at issue in this case. Callahan Decl. ¶ 7.

5. In order to reproduce the records gathered in response to the Policies Request in as non-rasterized PDFs, TSA would have to return to the records collected, identify those designated as responsive, and then generate a non-rasterized PDF version for each document for further processing. *Id.* ¶ 8.

6. The TSA is not certain that Adobe Acrobat Pro would be able to produce the requested documents in a non-rasterized format because it does not regularly use this software to process FOIA requests. *Id.* ¶ 9.

7. FOIA Branch currently has 5 analysts available to perform FOIA intake, tasking, review, and processing. *Id.* ¶ 12.

8. The five FOIA analysts are available during standard 40-hour workweeks, and are typically at the I-band salary level, which is equivalent to the GS-13 salary level. Using the middle of the I-band (Step 5), the cost of an hour of FOIA analyst time thus roughly approximates to $66.14. *Id.* ¶ 12.

9. FOIA Branch currently has more than 4000 pending requests. Typically, FOIA Branch receives 43 new FOIA requests per week. *Id.* ¶ 13.

10. Currently, intake and tasking of a FOIA request typically requires an hour or more of analysts' time. *Id.*

11. To generate non-rasterized PDFs for the Policies Request outside of FOIA Branch's normal processing steps, TSA would need to assign at least 1 analyst and that analyst would need to be undergo training and also engage in various steps to identify a responsive record and correlate it

back to a source document, and then convert that source document to a non-rasterized PDF (assuming a native or non-rasterized original record exists). *Id.* ¶¶ 14-15.

12. Once non-rasterized versions of the responsive records have been created, TSA will have to process the records, manually applying redactions on a page-by-page basis to each record. *Id.* ¶ 16.

13. In response to the Policies Request, TSA produced 3039 pages that were Released in Part (RIP), which means each of these pages will have to be re-produced. *Id.*

14. The processing of transferring redactions applied to each of these 3039 pages to the corresponding page of the newly generated version(s) is estimated to involve 506.5 hours of analyst time, with an overall estimated cost of $33,500 for initial processing of the newly generated versions of the records at issue. *Id.*

15. The process of transferring redactions made in SecureRelease to the corresponding page in a new version of the same record is complicated by the need to annotate the redaction in the new document with the type of redaction it is (i.e., which FOIA exemption it is based on) and thus time-consuming. *Id.*

16. Because this effort would entail a new process that FOIA Branch's analysts are unfamiliar with, and the volume of the effort along with its repetitive nature necessarily introduces opportunities for mistakes, it will be necessary for FOIA Branch to conduct a quality-control assessment of the re-processing effort described above. *Id.* ¶ 17.

17. FOIA Branch reviewers would need to devote on average the equivalent of five minutes per page towards ensuring that the redactions were properly transferred, annotated, and applied via Adobe Acrobat's built-in redaction function, totaling 253.25 hours of time. *Id.*

18. The quality-control assessment effort would therefore entail an expense of $16,750. *Id.*

19. In total, generating non-rasterized PDFs for the Policies Request using TSA's existing access to Adobe Acrobat would require approximately 760 hours of effort, with a cost value of at least $50,596. *Id.* ¶ 18.

20. TSA has significant security concerns with using Adobe Acrobat or another software the agency is less familiar with to process the requested documents because redactions containing Sensitive Security Information ("SSI") could be compromised. *Id.* ¶ 19.

21. SecureRelease ensures that various forms of latent data or metadata in the PDF that could be used to shed light about the text that has been redacted, despite the proper application of a redaction, is eliminated from the document before release. *Id.* ¶ 20.

22. A non-rasterized PDF retains additional forms of data that could shed light about the text behind a redaction on a page, even when redactions are applied to that text. *Id.* ¶¶ 21-22.

23. Because FOIA does not allow for the modification of an original document for production purposes, any alternative method for protecting information that must be withheld must be as secure as possible. *Id.* ¶ 23.

24. Because the segregability requirement of FOIA mandates that agencies make the smallest redactions necessary to preserve the information-equity that justifies the redaction, there is a heightened risk with non-rasterized records of redactions that are vulnerable to the approach described above. *Id.* ¶ 25.

Dated: August 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*