# Exhibit C

Transportation Security Administration

OFFICE OF INFORMATION TECHNOLOGY

TSA MANAGEMENT DIRECTIVE 1400.17
DOCUMENT REDACTION

***To enhance mission performance, TSA is committed to promoting a culture founded on its values of Integrity, Innovation and Team Spirit.***

1. **PURPOSE:** This directive provides TSA policy and procedures for redacting sensitive agency information including Sensitive Security Information (SSI), Sensitive Personally-Identifiable Information (SPII), Protected Critical Infrastructure Information (PCII), information exempted from release pursuant to the Freedom of Information Act and Privacy Act, procurement-sensitive information, and all other sensitive information that is otherwise not covered under specific regulations, such as information designated For Official Use Only (FOUO).

2. **SCOPE:** This directive applies to all TSA employees.

3. **AUTHORITIES:**

   A. Clinger-Cohen Act of 1996, 40 U.S.C. 1401, et seq.

   B. DHS MD 140-01, *Information Technology System Security*

   C. DHS MD 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information*

   D. DHS MD 11056.1, *Sensitive Security Information (SSI)*

   E. *DHS Sensitive Systems Policy Directive 4300A*

   F. *DHS Sensitive Systems Handbook 4300A*

   G. Federal Information Security Management Act (FISMA) of 2002 (Pub.Law 107-347)

   H. Freedom of Information Act, 5 U.S.C. 552

   I. Privacy Act of 1974, as amended, 5 U.S.C. 552a

   J. TSA MD 1400.3, *Information Security*

   K. TSA MD 2810.1, *SSI Program*

4. **DEFINITIONS:**

   A. *Adobe® Acrobat® Professional*: Commercial-off-the-shelf software product that allows users to view, create, and manipulate documents in Portable Document Format (PDF), and also includes electronic document redaction functionality.

B. Authorized Redactor: TSA employee who has been authorized in writing by an Assistant Administrator or equivalent to redact documents and/or perform quality assurance reviews on documents redacted by another Authorized Redactor at TSA.

C. On-Line Learning Center (OLC): TSA's on-line learning management solution, which maintains on-line training courses and employee learning histories.

D. Redaction: The process of securely editing or blacking out sensitive content in a document to allow it to be released to parties other than the intended audience without the possibility of the sensitive content being exposed.

E. TSA Redaction Toolbar: Custom-developed functionality within the *Adobe® Acrobat® Professional* software that automates several of the required steps in TSA's redaction process.

**5. RESPONSIBILITIES:**

A. The Office of Information Technology (OIT) is responsible for specifying, providing, and supporting technology and procedures for redaction of electronic documents.

B. Assistant Administrators and equivalents are responsible for formally designating employees as Authorized Redactors and ensuring that they complete all mandatory redaction training prior to performing their duties.

C. Authorized Redactors are responsible for:

(1) Contacting their IT POC to coordinate installation of the latest version of *Adobe® Acrobat® Professional* specified by OIT;

(2) Coordinating with their training coordinator to ensure redaction training has been assigned to their OLC learning plan;

(3) Completing all mandatory redaction training prior to redacting any documents on behalf of TSA;

(4) Performing redaction using the latest version of the *Adobe® Acrobat® Professional* specified by OIT;

(5) Complying with the policy and procedural requirements herein, as well as promulgated in related bulletins, guidance, and manuals; and

(6) Complying with all applicable DHS and TSA Management Directives related to the overall identification and safeguarding of sensitive information.

D. Managers of programs and offices performing redaction are responsible for ensuring that a mandatory independent quality assurance review is performed on every document that is redacted under their responsibility.

## 6. POLICY

A. *Adobe® Acrobat® Professional* is TSA's standard software tool for electronic document redaction. Redaction of hard copy documents must follow the manual redaction procedures described in Section 7(C).

B. Assistant Administrators and equivalents shall formally designate Authorized Redactors in writing.

C. Only Authorized Redactors are permitted to redact documents or perform mandatory, independent quality assurance reviews on documents redacted by another Authorized Redactor at TSA.

D. Authorized Redactors shall use the latest version of *Adobe® Acrobat® Professional* specified by OIT while performing electronic document redaction operations.

E. Authorized Redactors shall take the mandatory OLC training course titled, "TSA Redaction Toolbar in Adobe Acrobat Pro" (Course ID: TSA-ADOB-REDACTOOLBAR).

F. A mandatory quality assurance review shall be performed by an Authorized Redactor knowledgeable of the subject matter being redacted. The Authorized Redactor conducting the review must be someone other than the Authorized Redactor that performed the document redaction.

**7. PROCEDURES:** Reference the TSA instructions titled, *Redaction Utilizing TSA Redaction Toolbar in Adobe Acrobat 9 Pro*. These instructions can be found by clicking the TSA Help button on the TSA Redaction Toolbar within *Adobe® Acrobat® Professional* or by visiting OIT's iShare site.

A. Authorized Redactors performing electronic redaction shall utilize the TSA Redaction Toolbar.

B. Hard copy documents ultimately intended to be converted to an electronic format shall be scanned to PDF format and redacted following the TSA procedures for electronic redaction.

C. The Authorized Redactor must follow the manual redaction procedures below to redact hard copy documents that will not be converted to an electronic format:

(1) Use a photocopier to convert double-sided documents to one-sided documents;

(2) Completely cover content—text and images—to be redacted with a black permanent marker on both sides of each single-sided document;

(3) Photocopy the marked document to eliminate the ability to see redacted content through the permanent marker;

(4) Visually inspect the photocopied document to ensure no redacted content is detectable;

(5) Ensure an Authorized Redactor, other than the individual that performed the redaction, conducts a mandatory quality assurance review; and

(6) Dispose of all unneeded pages and documents created during the manual redaction procedure in an SSI bin.

D. Related guidance pertaining to the approval for release of sensitive information may found in the following directives:

(a) DHS MD 0460.1, *Freedom of Information Act Compliance*

(b) TSA MD 2810.2, *Disclosure of SSI in the Pre-award Acquisition Process*

8. **EFFECTIVE DATE AND IMPLEMENTATION:** This policy is effective the date of approval unless otherwise specified.

**APPROVAL**

*Signed* *10/5/10*

Dr. Emma Garrison-Alexander
Assistant Administrator
Chief Information Officer
Office of Information Technology

Date

**EFFECTIVE**

Date

Distribution: TSA Employees
Point-of-Contact: OIT, ITCommunications@dhs.gov