**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAI,<br>*Plaintiff,*<br>v.<br>TRANSPORTATION SECURITY ADMINISTRATION,<br>*Defendant.* | Civil Action No. 14-0403 (RDM) |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Civil Rule 7(h), Plaintiff hereby submits the following Statements of Undisputed Material Fact relevant to their cross-motion for summary judgment.

1. Defendant Transportation Security Administration ("TSA") has already identified the documents which are responsive to Plaintiff's Policy Request and produced them. *See* Gov. Statement of Undisputed Material Facts (SUMF) ¶ 3.

2. TSA has not produced the Policy Documents in the form requested, which is "electronic, machine processable, accessible, open, and well-structured format to the maximum extent possible," including "fully digital text PDFs rather than scans or rasterizations." *See* Gov. SUMF ¶ 3; *Sai I*, 315 F.Supp. 3d at 236.

3. Adobe Acrobat is a commercial off the shelf application that can apply redactions and create non-rasterized PDFs. *See* Ackert Decl. ¶ 12.

4. TSA has access to and has used Adobe Acrobat in the past to apply redactions. *See* TSA, TSA Management Directive 1400.17 Document Redaction (effective October 5, 2010) (requiring "Authorized Redactors" to "[p]erform[ ] redaction using the latest version of the *Adobe® Acrobat® Professional*").

5. FOIA Officers at TSA currently have access to Adobe Acrobat. *See* TSA, TSA Management Directive 1400.22 Paperwork Reduction Act Program (effective Nov. 24, 2020) (directing employees "to ensure all TSA revised and new forms are processed as a PDF fillable From through Adobe Acrobat software").

*6.* TSA uses Adobe Acrobat in its ordinary functioning. *Id.*

7. TSA is able to redact and produce non-rasterized PDFs via a standard process in Adobe Acrobat Pro. *See* Ackert Decl. ¶ 14.

8. TSA has an ongoing policy to only produce rasterized PDFs in response to FOIA requests for documents that require redaction, notwithstanding the form or format requested. *See* Dkt. 118-1 ¶¶ 8–12; Callahan Decl. ¶ 4.

9. Declarant Kerry Callahan has no specialized training in computer programming, Adobe Acrobat, or similar software. *See* Callahan Decl. ¶ 1.

10. Production of the documents in non-rasterized form is technically feasible and readily available. *See* Ackert Decl. ¶ 14; Callahan Decl. ¶ 9.

Dated: October 5, 2026

Respectfully submitted,

/s Claire Homsher
Claire Homsher
Paul J. Zidlicky
Avery D. Gerdes
SIDLEY AUSTIN LLP
1501 K St., NW Ste. 600
Washington, DC 20005
chomsher@sidley.com
+1 (202) 736 8661