**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAI,

*Plaintiff*

v.

TRANSPORTATION SECURITY ADMINISTRATION,

*Defendant*

Civil Action No. 14-0403 (RDM)

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Renewed Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment and Opposition, the attached declarations, and the entire record herein, it is

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is granted. TSA shall redact and release non-rasterized PDFs of the requested documents within 30 days.

It is further DECLARED that the TSA's policy of producing solely rasterized PDFs notwithstanding a requestor's formatting preference for "accessible" and "machine processable" documents violates E-FOIA. It is further DECLARED that Plaintiff has substantially prevailed within the meaning of 5 U.S.C. § 552(a)(4)(E)(i), and that this Court has ordered the production of agency records that Defendant improperly withheld from Plaintiff within the meaning of 5 U.S.C. § 552(a)(4)(F).

Defendant's Renewed Motion for Summary Judgment is DENIED.

Judgment is entered in favor of Plaintiff.

SO ORDERED:

____________
Date

__________________________
Randolph D. Moss
UNITED STATES DISTRICT JUDGE