UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 14-0403 (RDM) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rule of Civil Procedure, Defendant, by undersigned counsel, respectfully moves for a 30-day extension to November 25, 2026, to file the combined reply in further support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment, that is due to be filed on October 26, 2026. As required under Local Rule 7(m), the undersigned contacted Plaintiff's counsel to confer about the relief sought in this motion. Plaintiff's counsel has not responded but Plaintiff previously opposed a request for a 21-day extension of this deadline and thus Defendant anticipates that Plaintiff will oppose this motion.

The undersigned is aware of this Court's standing order requiring that all contested motions for extension of time must be filed three business days before the relevant deadline, and apologizes for not bringing this motion sooner, but there is good cause for the requested extension.

The undersigned just joined the U.S. Attorney's Office was not assigned to this case until yesterday, October 22. The undersigned took over this case from another AUSA who transferred out of the Civil Division. The undersigned needs more time to review this case's

extensive history, confer with agency personnel regarding the points raised in Plaintiff's cross-motion for summary judgment, research relevant case law, and draft a well-informed reply brief.

Granting this extension will impact Plaintiff's deadline to file a reply which is currently November 16, 2026. Accordingly, Defendant respectfully requests that the Court likewise enlarge that deadline by thirty days, up to December 16, 2026.

A thirty-day extension will allow the undersigned sufficient time to become familiar with this case and draft an opposition and reply for the Court's consideration, and will not prejudice Plaintiff. A proposed order is attached.

Dated: October 23, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jon Lemos
JON LEMOS
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-1725
Jon.Lemos@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAI,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 14-0403 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for extension of time, it is hereby

ORDERED that Defendants' motion for an extension of time is GRANTED; and it is

FURTHER ORDERED that by November 23, 2026 Defendant shall file a reply in support of its motion for summary judgment and opposition to Plaintiff's cross motion for summary judgment; and by December 16, 2026 Plaintiff shall file a reply.

SO ORDERED:

________________
Date

____________________________
RANDOLPH D. MOSS
United States District Judge