**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAI,<br>*Plaintiff*<br>v.<br>TRANSPORTATION SECURITY ADMINISTRATION,<br>*Defendant* | Civil Action No. 14-00403 (RDM) |

**PLAINTIFF'S RESPONSE TO MOTION FOR EXTENSION OF TIME**

Plaintiff hereby respectfully submits this Response to Defendant's Motion for Extension of Time (Dkt. 262) and would respectfully show the Court as follows. Plaintiff will not oppose the 30-day extension requested by Defendant.

1. On May 22, 2026, the Court adopted the parties' agreed proposed briefing schedule for summary judgment, which set Defendant's deadline to file its summary judgment motion as July 31, 2026. *See* May 22, 2026 Minute Order. On July 29, 2026, Defendant moved for a 30-day extension to file its summary judgment motion, to which Plaintiff consented. Dkt. 256. The Court granted Defendant's motion, which reset Defendant's deadline to file its summary judgment brief to August 31, 2026. *See* July 30, 2026 Minute Order. Pursuant to the deadlines in the Court's July 30 Minute Order, Defendant filed its summary judgment brief on August 31, 2026, and Plaintiff filed their cross-motion and response on October 5, 2026. Dkts. 258–60. The Court's July 30 Minute Order also reset Defendant's deadline to file its response/reply brief to October 26. *See* July 30, 2026 Minute Order.

2. On October 22, 2026, prior counsel for Defendant contacted Plaintiff's counsel to request a 21-day extension, noting her final day with the division would be October 23—one business day before Defendant's deadline. Plaintiff's counsel responded the same day that

Plaintiff was opposed to a 21-day extension but would agree to a 1-week extension to accommodate current Defense counsel's transition to this matter. On Friday, October 23 at 5:33 pm, current Defense counsel responded by requesting a 30-day extension. Defendant then filed its Motion approximately two hours later, before Plaintiff's counsel had an opportunity to respond to Defense counsel's Friday evening email.

3. This is Defendant's second request for a 30-day extension to the summary judgment briefing schedule. Though Plaintiff disagrees that the circumstances present good cause for a 30-day extension for Defendant to file its response/reply brief, Plaintiff will not oppose Defendant's requested extension.

4. Defendant's Motion requests the Court reset Plaintiff's deadline to file a reply brief to December 16, 2026. Mot. at 2. Given a new deadline of November 25, 2026 for Defendant to file its response/reply brief will mean Plaintiff's time to prepare a reply brief will in part fall over the Thanksgiving holidays, Plaintiff respectfully requests the Court reset their deadline to file a reply brief to December 21, 2026. A proposed order is attached.

Dated: October 26, 2026

Respectfully submitted,

/s *Claire Homsher*
Claire Homsher, D.C. Bar No. 900039
Paul J. Zidlicky, D.C. Bar No. 450196
Avery D. Gerdes, D.C. Bar No. 90019264
SIDLEY AUSTIN LLP
1501 K St., NW Ste. 600
Washington, DC 20005
chomsher@sidley.com
+1 (202) 736 8660