**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAI,<br><br>*Plaintiff*<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant* | Civil Action No. 14-0403 (RDM) |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for Extension of Time, it is hereby ORDERED that Defendant's Motion is GRANTED, in part. Defendant shall file its reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by November 25, 2026. Plaintiff's reply shall be filed by December 21, 2026.

.

SO ORDERED:

__________
Date

________________________
Randolph D. Moss
UNITED STATES DISTRICT JUDGE