UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAI,

Plaintiff,

v.

TRANSPORTATION AND SECURITY ADMINISTRATION,

Defendant.

Civil Action No. 14-0403 (TJK)

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h), Defendant Transportation and Security Administration ("TSA") respectfully submits the following response to Plaintiff's statement of undisputed material facts.

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Undisputed.
6. Undisputed
7. Undisputed.
8. Undisputed.
9. Undisputed.
10. Undisputed to the assertion that production in non-rasterized technically feasible. Disputed as to the assertion that is "readily available;" processing and redacting the

documents in the manner proposed by Plaintiff would be costly and poses security risks. *See* Callahan Decl., ECF No. 258-1, ¶¶ 10-25.

Dated: November 25, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Jon Lemos*

Jon Lemos, FL Bar #1078710
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1725

*Attorneys for the United States of America*